

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JMM
F. #2014R00119

*610 Federal Plaza
Central Islip, New York 11722*

May 20, 2014

<u>By E-Mail and ECF</u>

Tracey E. Gaffey, Esq.
Federal Defenders of New York
770 Federal Plaza
Central Islip, NY 11722

   Re: <u>United States v. Wider et al.
      Criminal Docket No. 14-0221(ADS)</u>

Dear Counsel:

  Enclosed please find the government's discovery with respect to the defendant Aaron Wider in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

  As requested, the government provides the attached criminal history report for defendant Aaron Wider. As noted earlier, the government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

    By: <u>/s/ James Miskiewicz</u>
      James Miskiewicz
      Assistant U.S. Attorney
      (631) 715-7841

Enclosures

cc: Clerk of the Court (ADS) (by ECF) (without enclosures)