

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMM
F. #2014R00119

*610 Federal Plaza*
*Central Islip, New York 11722*

May 20, 2014

<u>By E-Mail, U.S. Mail and ECF</u>

David Louis Cohen, Esq.
125-10 Queens Blvd.
Kew Gardens, NY 11415

Tracey E. Gaffey, Esq.
Federal Defenders of New York
770 Federal Plaza
Central Islip, NY 11722

Neil H. Greenberg, Esq.
Neil H Greenberg & Associates, P.C.
900 Merchants Concourse, Suite 314
Westbury, NY 11590

Anthony M. LaPinta, Esq.
Reynolds, Caronia, Gianelli, Hagney, LaPinta & Hargraves
35 Arkay Drive
P.O. Box 11177
Hauppauge, NY 11788

Robert LaRusso, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY 11501

    Re:  United States v. Wider et al.
       <u>Criminal Docket No. 14-0221(ADS)</u>

Dear Counsel:

    Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  Specifically, the government

enclosed the attached search warrant affidavit for 32 Shore Drive West, Copiague, New York, dated April 11, 2014, and inventory sheets reflecting items seized therefrom.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:     /s/ James Miskiewicz
        James Miskiewicz
        Assistant U.S. Attorney
        (631) 715-7841

Enclosures

cc:     Clerk of the Court (ADS) (by ECF) (without enclosures)