BEFORE: <u>ARTHUR D. SPATT</u>     DATE: 6/27/14     TIME: 2:29 - 3:05 p.m.

DOCKET #: CR-14-0221
CAPTION: USA v. Wider, et al

## CRIMINAL CAUSE FOR (STATUS CONFERENCE) HEARING

### APPEARANCES

DEFENDANT: Aaron Wider #1    COUNSEL: Tracey Gaffey
☒ Present   ___ Not present  ☒ In Custody  ___ On Bail    ___ CJA  ___ Retained  ☒ FD

DEFENDANT: Joseph Ferrara #2    COUNSEL: Anthony LaPinta
☒ Present   ___ Not present  ___ In Custody  ☒ On Bail    ☒ CJA  ___ Retained  ___ FD

DEFENDANT: Eric Finger #3    COUNSEL: Edward P. Jenks (by Tracey Gaffey)
☒ Present   ___ Not present  ☒ In Custody  ___ On Bail    ☒ CJA  ___ Retained  ___ FD

DEFENDANT: Joseph Mirando #4    COUNSEL: Robert LaRusso
☒ Present   ___ Not present  ___ In Custody  ☒ On Bail    ☒ CJA  ___ Retained  ___ FD

GOVERNMENT: James Miskiewicz     DEPUTY CLERK: McKinley

COURT REPORTER: Stephanie Picozzi

INTERPRETER: _____

PROBATION: _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 27 2014 ★
LONG ISLAND OFFICE

___ Case called.

✓ Deft(s) 1-6 appear(s) with counsel.

___ Deft(s) _____ present without counsel.

___ Counsel present without deft(s).

✓ Status Conference/hearing for deft(s) 1-6 adjourned to 9/19/14 at 1:00.

SPEEDY TRIAL INFORMATION on deft(s): 1-6

Code Type: XT    Start Date: 6/27/14    Stop Date: 9/19/14
Excludable delay entered on the record.

___ Superseding Indictment filed for deft(s) _____

___ Superseding Information filed for deft(s) _____

___ Waiver of Indictment filed for deft(s) _____

—over—

Page 1

___ Deft(s) _____ withdraw(s) not guilty plea and
enters a GUILTY PLEA to count(s) _____ of the (superseding) Indictment/Information

___ Sentencing set for _____ regarding deft(s) _____

___ Status Conference/Hearing continued to _____ for deft(s) _____

___ Further Status Conference/hearing set for _____

OTHER: Deft ~~steps~~ Wider requests new counsel. Request granted for reasons stated on the record. Ms. Gaffey is relieved as counsel. Pro Se Deft Wider requests bail. Court rules that Mr. Wider's new counsel, when appointed, will contact the court regarding a bail package.

page 2.

BEFORE: <u>ARTHUR D. SPATT</u>   DATE: 6/27/14   TIME: 2:29 pm

DOCKET #: CR-14-0221
CAPTION: USA v Witter, et al

## CRIMINAL CAUSE FOR STATUS CONFERENCE/HEARING

### APPEARANCES

DEFENDANT: John Petitton   # 5   COUNSEL: David L Cohen
(X) Present __ Not present __ In Custody (X) On Bail  __ CJA (X) Retained __ FD

DEFENDANT: Manjeet Bawa   # 6   COUNSEL: Neil Greenberg
(X) Present __ Not present __ In Custody (X) On Bail  __ CJA (X) Retained __ FD

DEFENDANT: _____ # ___ COUNSEL: _____
__ Present __ Not present __ In Custody __ On Bail  __ CJA __ Retained __ FD

DEFENDANT: _____ # ___ COUNSEL: _____
__ Present __ Not present __ In Custody __ On Bail  __ CJA __ Retained __ FD

GOVERNMENT: James Miskiewicz   DEPUTY CLERK: M E Kirchner
COURT REPORTER: Stephanie Picozzi
INTERPRETER: _____
PROBATION: _____

___ Case called.

___ Deft(s) _____ appear(s) with counsel.

___ Deft(s) _____ present without counsel.

___ Counsel present without deft(s).

___ Status Conference/hearing for deft(s) _____ adjourned to _____

at _____.

SPEEDY TRIAL INFORMATION on deft(s): _____

Code Type: ___   Start Date: _____ Stop Date: _____
Excludable delay entered on the record.

___ Superseding Indictment filed for deft(s) _____

___ Superseding Information filed for deft(s) _____

___ Waiver of Indictment filed for deft(s) _____

Page 3