BEFORE: <u>ARTHUR D. SPATT</u>   DATE: 11/21/14   TIME: 11:30 (5 mins)

DOCKET #: CR-14-0221
CAPTION: USA v. Wider, et al

## CRIMINAL CAUSE FOR STATUS CONFERENCE/~~HEARING~~

### APPEARANCES

DEFENDANT: Aaron Wider  # 1   COUNSEL: Richard A. Miller
(X) Present  __ Not present  (X) In Custody  __ On Bail   (X) CJA  __ Retained  __ FD

DEFENDANT: Joseph Ferrara  # 2   COUNSEL: Anthony LaPinta
(X) Present  __ Not present  __ In Custody  (X) On Bail   __ CJA  (X) Retained  __ FD

DEFENDANT: Eric Finger  # 3   COUNSEL: Edward P. Jenks
(X) Present  __ Not present  (X) In Custody  __ On Bail   (X) CJA  __ Retained  __ FD

DEFENDANT: Joseph Mirando  # 4   COUNSEL: Robert LaRusso
(X) Present  __ Not present  __ In Custody  (X) On Bail   __ CJA  (X) Retained  __ FD

GOVERNMENT: James Miskiewicz   DEPUTY CLERK: MaKirchn

COURT REPORTER: Dominick Tursi

INTERPRETER: _____

PROBATION: _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 21 2014 ★
LONG ISLAND OFFICE

✓ Case called.

✓ Deft(s) _____ appear(s) with counsel.

__ Deft(s) _____ present without counsel.

__ Counsel present without deft(s).

✓ Status Conference/~~hearing~~ for deft(s) 1-6 adjourned to 1/23/15 at 11:30.

SPEEDY TRIAL INFORMATION on deft(s): 1-6
Code Type: XT  Start Date: 11/21/14  Stop Date: 1/23/15
Excludable delay entered on the record.

__ Superseding Indictment filed for deft(s) _____

__ Superseding Information filed for deft(s) _____

__ Waiver of Indictment filed for deft(s) _____

BEFORE: <u>ARTHUR D. SPATT</u>   DATE: 11/21/14   TIME: 11:53

DOCKET #: CR-14-0221
CAPTION: USA v. Wide, et al

## CRIMINAL CAUSE FOR STATUS CONFERENCE/~~HEARING~~

### APPEARANCES

DEFENDANT: John Pextin  # 5   COUNSEL: David I. Cohen
✓ Present  ___ Not present  ___ In Custody  ✓ On Bail    ___ CJA  ✓ Retained  ___ FD

DEFENDANT: Manjeet Bawa  # 6   COUNSEL: Michael Soroka
✓ Present  ___ Not present  ___ In Custody  ✓ On Bail    ___ CJA  ✓ Retained  ___ FD

DEFENDANT: _____  # ___   COUNSEL: _____
___ Present  ___ Not present  ___ In Custody  ___ On Bail    ___ CJA  ___ Retained  ___ FD

DEFENDANT: _____  # ___   COUNSEL: _____
___ Present  ___ Not present  ___ In Custody  ___ On Bail    ___ CJA  ___ Retained  ___ FD

GOVERNMENT: James Miskiewicz   DEPUTY CLERK: M. Kirchn

COURT REPORTER: Dominick Tursi

INTERPRETER: _____

PROBATION: _____

___ Case called.

___ Deft(s) _____ appear(s) with counsel.

___ Deft(s) _____ present without counsel.

___ Counsel present without deft(s).

___ Status Conference/hearing for deft(s) _____ adjourned to _____

at _____.

SPEEDY TRIAL INFORMATION on deft(s): _____

Code Type: ____   Start Date: _____   Stop Date: _____
Excludable delay entered on the record.

___ Superseding Indictment filed for deft(s) _____

___ Superseding Information filed for deft(s) _____

___ Waiver of Indictment filed for deft(s) _____