BEFORE: **ARTHUR D. SPATT**     DATE: 1/23/15     TIME: 11:26 - 11:43

DOCKET #: CR-14-0221
CAPTION: USA v. Wider, et al

## CRIMINAL CAUSE FOR STATUS CONFERENCE / ~~HEARING~~

### APPEARANCES

DEFENDANT: Aaron Wider  #1  COUNSEL: Richard A. Miller
(X) Present  ___ Not present  (X) In Custody  ___ On Bail     (X) CJA  ___ Retained  ___ FD

DEFENDANT: Joseph Ferrara  #2  COUNSEL: Anthony LaPinta by Edward Jenks
(X) Present  ___ Not present  ___ In Custody  (X) On Bail     (X) CJA  ___ Retained  ___ FD

DEFENDANT: Eric Finger  #3  COUNSEL: Edward P. Jenks
(X) Present  ___ Not present  (X) In Custody  ___ On Bail     (X) CJA  ___ Retained  ___ FD

DEFENDANT: Joseph Mirando  #4  COUNSEL: Robert LaRusso
(X) Present  ___ Not present  ___ In Custody  (X) On Bail     (X) CJA  ___ Retained  ___ FD

GOVERNMENT: James Miskiewicz     DEPUTY CLERK: M. Kirchner
COURT REPORTER: Owen Wicker
INTERPRETER: _____
PROBATION: _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 23 2015 ★
LONG ISLAND OFFICE

✓ Case called.
✓ Deft(s) __1-4__ appear(s) with counsel.
___ Deft(s) _____ present without counsel.
___ Counsel present without deft(s).
✓ Status Conference/hearing for deft(s) __1-4__ adjourned to __5/29/15__ at __130__.

SPEEDY TRIAL INFORMATION on deft(s): __1-4__
Code Type: **XT**  Start Date: __1/23/15__  Stop Date: __5/29/15__
___ Excludable delay entered on the record.
___ Superseding Indictment filed for deft(s) _____
___ Superseding Information filed for deft(s) _____
___ Waiver of Indictment filed for deft(s) _____

— OVER — PAGE 1 OF 3

BEFORE: <u>ARTHUR D. SPATT</u>  DATE: 1/23/15  TIME: 11:30

DOCKET #: <u>CR-14-0221</u>
CAPTION: <u>USA v. Wider, et al</u>

CRIMINAL CAUSE FOR ~~HEARING~~ / STATUS CONFERENCE

APPEARANCES

DEFENDANT: <u>John Petiton</u>  # <u>5</u>  COUNSEL: <u>David I. Cohen</u>
(X) Present ___ Not present ___ In Custody (X) On Bail  ___ CJA (X) Retained ___ FD

DEFENDANT: <u>Manjeet Bawa</u>  # <u>6</u>  COUNSEL: <u>Michael Soroka</u>
(X) Present ___ Not present ___ In Custody (X) On Bail  ___ CJA (X) Retained ___ FD

DEFENDANT: _____ # ___ COUNSEL: _____
___ Present ___ Not present ___ In Custody ___ On Bail ___ CJA ___ Retained ___ FD

DEFENDANT: _____ # ___ COUNSEL: _____
___ Present ___ Not present ___ In Custody ___ On Bail ___ CJA ___ Retained ___ FD

GOVERNMENT: <u>James Miskiewicz</u>  DEPUTY CLERK: <u>M. Kirchner</u>
COURT REPORTER: <u>Owen Wicker</u>

INTERPRETER: _____

PROBATION: _____

✓ Case called.

✓ Deft(s) <u>1-6</u> appear(s) with counsel.

___ Deft(s) _____ present without counsel.

___ Counsel present without deft(s).

✓ Status Conference/~~hearing~~ for deft(s) <u>1-6</u> adjourned to <u>5/29/15</u> at <u>1:30</u>.

SPEEDY TRIAL INFORMATION on deft(s): <u>1-6</u>
Code Type: <u>XT</u>  Start Date: <u>1/23/15</u>  Stop Date: <u>5/29/15</u>
Excludable delay entered on the record.

___ Superseding Indictment filed for deft(s) _____

___ Superseding Information filed for deft(s) _____

___ Waiver of Indictment filed for deft(s) _____

— Page 2 of 3

___ Deft(s) _____ withdraw(s) not guilty plea and
enters a GUILTY PLEA to count(s) _____ of the (superseding) Indictment/Information

___ Sentencing set for _____ regarding deft(s) _____
_____

___ Status Conference/Hearing continued to _____ for deft(s) _____
_____

___ Further Status Conference/hearing set for _____

OTHER: Dfts Motions' by 3/10/15
Gov't's Oppos by 4/24/15
Dfts' reply by 5/8/15
Oral argument + decision 5/29/15 at 1:30
Jury Selection set for 11/2/15 at 9:30
All defts consent to Mag. J. Selecting
the Jury.

page 3 of 3