# Richard A. Miller & Associates
**356 Veterans Memorial Highway, Suite 3**
**Commack, New York 11725**
Telephone (631) 543-3030     Facsimile (631) 543-2888
Email: RAMillerEsq@aol.com

Richard A. Miller, Esq.                    Of Counsel:

Albert Adam Breud, Esq.
Terrence P. Buckley, Esq.
Jonathan E. Kirchner, Esq.

November 11, 2016

The Honorable Arthur D. Spatt
c/o MaryEllen Kirchner
Senior United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

*Original Electronically Filed*

     Re:     **United States of America v. Aaron Wider**
            <u>**Criminal No.: 14-CR-221 (ADS)**</u>

Dear Judge Spatt:

     As assigned counsel for the defendant Aaron Wider I am writing to request a postponement of our date for sentence which is now set for November 18, 2016.

     On November 8, 2016 we received the Government's twenty nine page memorandum setting forth the alleged frauds committed by my client which exceed over $115 million dollars in loan principal from various financial institutions.

     The document cites numerous legal cases and lengthy arguments. The time which is necessary to review the Government's statements and submit a final memorandum on our clients case cannot be created by our current sentence date.

     We must meet with Mr. Wider and provide him with the Government's sentence memoranda and allow him sufficient time to review these arguments and create his own answers.

Our client is currently incarcerated in the Queens Facility and will require meetings to create an appropriate response to the Government. In addition we received on November 9, 2016 a four page addendum to the Presentence Report from Linda Fowle, Senior U.S. Probation officer.

It is our belief that we should still appear before Your Honor on November 18, 2016 in order to set a date for sentence which is appropriate for both parties and for the Court.

Thank you for your assistance in this matter.

Sincerely,

Richard A. Miller, Esq.
Jonathan E. Kirchner


RAM/ci

cc: AUSA Allen L. Bode
    AUSA Artie McConnell
    Sr. U.S. Probation Officer Linda Fowle